IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YONGSHENG CHEN, | : | Case No. 4:15-CV-1136 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, | : | |
| Defendant. | : | |

**ORDER**
October 5, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED AND DECREED THAT Defendant's Motion for a Protective Order Regarding the Deposition of Bruce Miller (ECF No. 43) is DENIED. Plaintiff's deposition of Bruce Miller is limited, however, to the following topics: (1) Mr. Miller's knowledge of Plaintiff's work on a Volvo grant project and (2) Mr. Miller's knowledge of any reduction in Plaintiff's salary based on the denial of tenure.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge