# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YONGSHENG CHEN, | No. 4:15-CV-01136 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

# ORDER

### JUNE 8, 2018

1. In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 74, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The motion is **DENIED** as to Counts I-IV of Plaintiff's Second Amended Complaint, ECF No. 24; and

   b. The motion is **GRANTED** as to Count V of Plaintiff's Second Amended Complaint, *id.*

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge